IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:17CR18 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| -vs- | ) | |
| | ) | |
| Machelle R. Sanchez, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Dami J. Oluyole, as a Criminal Justice Act Training Panel Member, to assist in the defense of Machelle R. Sanchez.

Accordingly, pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Dami J. Oluyole is hereby assigned to assist Richard H. McWilliams  in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith.  Dami Oluyole shall not be eligible to receive compensation for his services in this case.

Assistant Federal Public Defender Richard H. McWilliams shall continue to be primary counsel on behalf of the Defendant, Machelle R. Sanchez.

Dated this 22nd day of February, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge