## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:17CR18** |
| vs. | |
| MACHELLE R. SANCHEZ and LEO ALAN EDWARDS, | **ORDER** |
| Defendants. | |

This matter is before the court on defendants' motions to extend the pretrial motion deadline (Filing No. 45 by defendant Machelle R. Sanchez and Filing No. 46 by defendant Leo Alan Edwards). For good cause shown, I find that the motions should be granted. Both defendants will be given an approximate 30-day extension. Pretrial motions shall be filed by May 12, 2017.

**IT IS ORDERED:**

1.     Defendants' motions to extend the pretrial motion deadline [45] and [46] are granted. Pretrial motions shall be filed on or before May 12, 2017.

2.     Both defendants are ordered to file the affidavit required by Rule 16(c), Fed. R. Cr. P. and NE. Crim. R. 12.1 forthwith.

3.     The ends of justice have been served by granting such motions and outweigh the interests of the public and the defendants in a speedy trial. The additional time arising as a result of the granting of the motions, i.e., the time between April 13, 2017 and May 12, 2017 shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

Dated this 13th day of April, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge