# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:17CR18 |
| | ) | |
| vs. | ) | |
| | ) | |
| MACHELLE R. SANCHEZ, | ) | ORDER |
| LEO ALAN EDWARDS, | ) | |
| | ) | |
| Defendants. | | |

This matter is before the court on defendant Leo Alan Edward's Motion to Continue Trial [65]. Defendant entered a second phase at a treatment center and requires additional time to complete the program. The defendant has complied with NECrimR 12.1(a) at filing [62]. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [65] is granted as follows:

1. The jury trial, **for both defendants**, currently scheduled for July 31, 2017 is continued to **September 19, 2017.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 19, 2017**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

DATED July 12, 2017.

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**